Patricia P. Hollenbeck (SBN 121765)
DUANE MORRIS LLP
101 West Broadway
Suite 900
San Diego, CA 92101
(619) 744-2200

**FILED**
07 NOV 21 AM 9:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorney(s) for    Little Caesar Enterprises, Inc. and LC Trademarks, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:    Little Caesar Enterprises, Inc. and LC etc.         Case No:   07CV2085IEG(CAB)

Defendant: Stephen Nissou, dba Pizza Xpress                       PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET

2. a. Party served:       Stephen Nissou, dba Pizza Xpress
   b. Person served:      "Jane Doe"- Middle Eastern; Female; Mid 40's; 5'8"; 135 lbs; Brown Hair; Brown Eyes- co-occupant
   c. Place of Service:   11998 Fuerte Vista Lane
                          El Cajon, CA 92020
                                 {Residence}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
       (1) on:    11/11/07
       (2) at:    8:30 p.m.

4. Person serving:                              a. Fee for Service: $ 40.58
   Carl Walker                                  e. Exempt from registration under
   CALEXPRESS                                      Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA 92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:    November 13, 2007                   Signature: _Carl Walk___

PROOF OF SERVICE

| | |
|---|---|
| 1 | Patricia P. Hollenbeck (SBN 121765) |
|   | DUANE MORRIS LLP |
| 2 | 101 West Broadway |
|   | Suite 900 |
| 3 | San Diego, CA 92101 |
|   | (619) 744-2200 |
| 4 | |
| 5 | Attorney(s) for    Little Caesar Enterprises, Inc. and LC Trademarks, Inc. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   Little Caesar Enterprises, Inc. and LC etc.          Case No:   07CV2085IEG(CAB)

Defendant: Stephen Nissou, dba Pizza Xpress                      PROOF OF SERVICE

The following attempts were made to effect personal service of process on:
                                                          Stephen Nissou, dba Pizza Xpress

at:      Residence   #1:       11998 Fuerte Vista Lane, El Cajon, CA 92020
                     #2:
         Business    #1:
                     #2:

1. On      11/09/07 at        8:35 p.m.     at location #R1
and was unable to effect personal service due to reason            D
2. On      11/10/07 at        8:10 a.m.     at location #R1
and was unable to effect personal service due to reason            D
3. On      11/11/07 at        11:50 a.m.    at location #R1
and was unable to effect personal service due to reason            D
4. On      11/11/07 at        8:30 p.m.     at location #R1
and was unable to effect personal service due to reason            A

REASON IDENTIFICATION

(A) Subject not at residence.
(B) Subject not at business.
(C) Subject not available at business address due to company policy.
(D) Unable to contact anyone at this address.
(E) Unable to contact anyone due to locked gates or security service
(F) Subject moved with no forwarding address.
(G) Subject in building but refuses to appear and accept service.
(H) Person contacted unwilling to identify themselves.
(I) Person observed on premises refuses to answer door.
(J) Person heard within premises refuses to answer door.
(K) Person contacted by intercom refuses to answer door.
(L) Other:

1
2
3    DOCUMENTS SUBSERVED ON:    "Jane Doe"- Middle Eastern; Female;
              Mid 40's; 5'8"; 135 lbs; Brown Hair; Brown Eyes-co-occupant
4
5    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
6
     Date:    November 13, 2007                    *(signed)* Carl Walker
7                                                  _____
                                                   Carl Walker
8                                                  CALEXPRESS
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 Patricia P. Hollenbeck (SBN 121765)
DUANE MORRIS LLP
2 101 West Broadway
Suite 900
3 San Diego, CA 92101
(619) 744-2200
4
5 Attorney(s) for     Little Caesar Enterprises, Inc. and LC Trademarks, Inc.

UNITED STATES DISTRICT COURT
6 SOUTHERN DISTRICT OF CALIFORNIA

7 Plaintiff:   Little Caesar Enterprises, Inc. and LC etc.         Case No:   07CV2085IEG(CAB)

8 Defendant: Stephen Nissou, dba Pizza Xpress                     **PROOF OF SERVICE BY MAIL**

9 I, the undersigned, certify and declare as follows:

10 I am over the age of 18 years, and not a party to this action. My business address is 1302 Kettner
Boulevard, San Diego, CA 92101, which is located in the county where the mailing described
11 below took place.

12 I am readily familiar with the business practice at my place of business for collection and processing
of correspondence for mailing with the United States Postal Service. Correspondence so collected
13 and processed is deposited with the United States Postal Service that same day in the ordinary
14 course of business.

15 On November 13, 2007   at my place of business at San Diego, California, copy of the:

16 SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET

17
were placed for deposit in the United States Postal service in a sealed envelope with postage
18 prepaid, addressed to:

19       Stephen Nissou, dba Pizza Xpress
         11998 Fuerte Vista Lane
20       El Cajon, CA 92020

21 and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that
date following ordinary business practice.
22
23 I certify and declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

24 Executed on November 13, 2007     at San Diego, California:

25
26                                                     _____
                                                              ARIEL PANTANELLA
27
28

**PROOF OF SERVICE BY MAIL**