Jose C. Rojo (SBN 196583)
Barbara Treash-Osio (SBN 243164)
LAW OFFICES OF JOSE C. ROJO
3745 4th Avenue
San Diego, California 92103
Telephone:     (619) 298-6522
Facsimile:     (619) 298-7049

Attorneys for Defendant
Stephen Nissou, dba Pizza Xpress

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Little Caesar Enterprises, Inc. and LC
Trademarks, Inc.,

                              Plaintiffs,

        v.

Stephen Nissou, dba Pizza Xpress,

                              Defendant.

Case No. 07-cv-2085IEG(CAB)

**JOINT MOTION TO TAKE THE
MOTION TO STRIKE OFF
CALENDAR; [PROPOSED] ORDER**

Date: February 4, 2008
Time: 10:30 a.m.

Hon. Irma E. Gonzalez
Courtroom 1

        The parties, Plaintiffs Little Caesar Enterprises, Inc. and LC Trademarks, Inc, by and

through its representative, Patricia P. Hollenbeck, and Defendant Stephen Nissou, dba Pizza Xpress,

by and through his representative, Jose C. Rojo, make this joint motion to take the Motion to Strike

paragraph 18 off calendar.

        Defendant Stephen Nissou, dba Pizza Xpress's motion to strike paragraph 18 of the

complaint is currently scheduled for February 4, 2008.  On January 17, 2008, an Early Neutral

Evaluation Conference was held before Magistrate Judge Cathy Ann Bencivengo where the parties

reached a tentative agreement.  At the conclusion of the conference, Magistrate Judge Bencivengo

informed the parties that the Court would notify Judge Gonzalez' chambers that the pending

motions were to be taken off calendar while the parties worked out the settlement details.  If the

1   parties are able to reach a settlement, as discussed on January 17, 2008, a ruling on Defendant's

2   motion to strike paragraph 18 of the complaint is unnecessary.

3         On January 31, 2008, the Court informed Plaintiff's counsel that it intended to take the

4   motion under submission and would not hold a hearing.  After informing the Court of the parties'

5   intent to settle the case, the Court requested the parties file a joint motion to take the Motion to

6   Strike off calendar.

7         The parties agree to take the motion to strike off calendar.  If the parties are unable to reach

8   a settlement by March 5, 2008, then the Motion to Strike will be put back on calendar with

9   sufficient time for the Plaintiffs to file their opposition.

10        Thus, the parties hereby submit this joint motion to request the court take the Motion to

11  Strike off calendar.

12

13

14

15  Dated: January 31, 2008                    DUANE MORRIS LLP

16

17                                             /s/ Patricia P. Hollenbeck
                                               PATRICIA P. HOLLENBECK
18                                             Attorney for Plaintiffs
                                               Little Caesar Enterprises, Inc.
19                                             and LC Trademarks, Inc

20

21

22

23  Dated: January 31, 2008                    LAW OFFICES OF JOSE C. ROJO

24

25                                             /s/ Jose C. Rojo
                                               JOSE C. ROJO
26                                             Attorney for Defendant
                                               Stephen Nissou, dba Pizza Xpress

27

28

JOINT MOTION TO TAKE THE MOTION TO STRIKE OFF CALENDAR

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2008, a copy of the foregoing JOINT MOTION TO TAKE THE MOTION TO STRIKE OFF CALENDAR was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Patricia P. Hollenbeck
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA 92101-8285
phollenbeck@duanemorris.com, mmerritt@duanemorris.com

Dated: January 31, 2008

/s/ Jose C. Rojo
JOSE C. ROJO
Attorney for Defendant
Stephen Nissou, dba Pizza Xpress

JOINT MOTION TO TAKE THE MOTION TO STRIKE OFF CALENDAR