# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE CAESAR ENTERPRISES, INC. and LC TRADEMARKS, INC.<br><br>                                  Plaintiff,<br>    vs.<br><br>STEPHEN NISSOU, dba PIZZA XPRESS .,<br><br>                                  Defendant. | CASE NO. 07cv2085 - IEG (CAB)<br><br>**ORDER DENYING JOINT MOTION TO TAKE THE MOTION TO STRIKE OFF CALENDAR AS MOOT**<br>(Doc. No. 9) |

The Court hereby DENIES the parties joint motion to take the motion scheduled for February 4, 2008, off calendar as MOOT. The matter has been taken under submission.

**IT IS SO ORDERED**.

DATED: February 7, 2008

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**