UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE CAESAR ENTERPRISES, Inc., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN NISSOU, dba PIZZA EXPRESS, <br><br> Defendant. | Civil No.   07cv2085 IEG (CAB) <br><br> **ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for all parties contacted the Court on February 15, 2008, and represented that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **April 1, 2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Irma E. Gonzalez, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before April 1, 2008, then a Settlement Disposition Conference shall be held on **April 2, 2008**, at **1:30 p.m.** before Judge Bencivengo.  The conference shall be

---

[1]  *See* General Order 556, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2]  *See id.* at 13-14, for the chambers' official email address and procedures on emailing proposed orders.

telephonic, with attorneys only. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before April 1, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED**.

DATED: February 15, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge