Patricia P. Hollenbeck SBN 121765
Heather U. Guerena SBN 238122
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail:  phollenbeck@duanemorris.com
         huguerena@duanemorris.com

Attorneys for Plaintiffs
Little Caesar Enterprises, Inc. and
LC Trademarks, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Little Caesar Enterprises, Inc. and LC Trademarks, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Stephen Nissou, dba Pizza Xpress, <br><br> Defendant. | Case No.: 07-cv-2085IEG(CAB) <br><br> JOINT MOTION FOR DISMISSAL OF ACTION <br><br> Date: <br> Time: <br><br> Hon. Irma E. Gonzalez <br> Courtroom 1 |

1  The parties herein, Plaintiffs Little Caesar Enterprises, Inc. and LC Trademarks, Inc.
2  (collectively "Little Caesar") and Defendant Stephen Nissou, dba Pizza Xpress, hereby submit the
3  following Joint Motion to request that this Court dismiss the above-captioned action with
4  prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

5  Date: June 16, 2008                    **DUANE MORRIS, LLP**

7                                         By: ___/s/ Patricia P. Hollenbeck___
                                              Patricia P. Hollenbeck
8                                             Attorneys for Plaintiffs,
                                              Little Caesar Enterprises, Inc. and
9                                             LC Trademarks, Inc.

11 Date: June 16, 2008                    **LAW OFFICES OF JOSE C. ROJO**

13                                        By: ___/s/ Jose c. Rojo___
                                              Jose C. Rojo
14                                            Barbara Treash-Osio
                                              Attorneys for Defendant,
15                                            Stephen Nissou, dba Pizza Xpress