Patricia P. Hollenbeck, SBN 121765
Heather U. Guerena SBN 238122
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile:  619.744.2201
E-mail: phollenbeck@duanemorris.com
         huguerena@duanemorris.com

Attorneys for Plaintiff
Little Caesar Enterprises, Inc. and
LC Trademarks, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Little Caesar Enterprises, Inc. and LC Trademarks, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Stephen Nissou, dba Pizza Xpress, <br><br> Defendant. | Case No. 07-cv-2085IEG(CAB) <br><br> **DECLARATION OF SERVICE** <br><br> DATE: <br> TIME: <br> DEPT: <br> JUDGE:  Irma E. Gonzalez |

   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is **101 West Broadway, Suite 900, San Diego, California.**

   On **June 17, 2008**, I served the documents described as:

   ▶   **JOINT MOTION FOR DISMISSAL OF ACTION**

on all counsel on the Court's electronic service list by the following means:

   ☐ **(BY HAND) [C.C.P. § 1011]** I delivered such envelope to the party listed above and left the envelope with the party, the receptionist or person in charge thereof between the hours of 9:00 a.m. and 5:00 p.m.

   ☐ **(BY MAIL) [C.C.P. § 1013(a)(3) Business Practice to Entrust Deposit to Others]** I placed such envelope for collection, deposit and mailing with the United States Postal Service following ordinary business practices at my place of business.  I am readily familiar with the

1  business practice of my place of business for collection and processing of correspondence for
2  mailing with the United States Postal Service. Correspondence so collected and processed is
   deposited with the United States Postal Service that same day in the ordinary course of business. I
3  am aware that, on motion of party served, service is presumed invalid if postal cancellation date or
   postage meter date is more than one day after date of deposit for mailing an affidavit.

4  ☐ **(BY FACSIMILE] [C.C.P. § 1013(e), (f)]** I caused a true copy of the document(s) to be
   transmitted via facsimile to a facsimile machine maintained by the person on whom the document(s)
5  is served. Facsimile service has been agreed upon by the parties. I am aware that the service is
   complete at the time of transmission, but any period of notice shall be extended after service by
6  facsimile transmission by two <u>court</u> days.

7  ☐ **(BY FEDEX) [C.C.P. § 1013(c)]** I deposited such envelope in a box or other facility
   regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver
8  authorized by this express service carrier to receive documents in an envelope or other package
   designated by this express service carrier, with delivery fees paid or provided for.

9  ☒ **(BY ELECTRONIC SERVICE):** I attached a true and correct copy of the above-
10 entitled document(s) to the Court's CM/ECF electronic service system.

11 I certify and declare under penalty of perjury under the laws of the State of California that the
   above is true and correct.

12 Executed **June 17, 2008** at **San Diego, California**.

*Margaret E. Schulte*
Margaret E. Schulte

DM1\1349564.1

2

DECLARATION OF SERVICE; CASE NO. 07-CV-2085