# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Little Caesar Enterprises, Inc., and LC Trademarks, Inc., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>Stephen Nissou, dba Pizza Xpress, <br><br>　　　　　Defendant. | ) Case No. 07-cv-2085IEG (CAB) <br> ) <br> ) ORDER OF DISMISSAL OF ACTION WITH <br> ) PREJUDICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Hon. Irma E. Gonzalez <br> ) Courtroom 1 <br> ) |

　　　THIS MATTER having come before the Court on the parties' Joint Motion for Dismissal of Action, and the Court otherwise being fully advised of the premises thereon,

　　　HEREBY ORDERS that this matter is dismissed with prejudice.

　　　DONE THIS _18th__ DAY OF ___June___, 2008.

_____
Honorable Irma E. Gonzalez
Judge of the District Court

DM1\1327576.1　　　　　　　　　　　　　　- 1 -　　　　　　　　　　　　Case No. 07 CV 2085 IEG (CAB)